UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL R. HARO,<br><br>    Plaintiff,<br><br>    v.<br><br>THERM-X OF CALIFORNIA, INC.,<br><br>    Defendant. | Case No.  15-cv-02123-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 12 |

Defendant Therm-X of California, Inc. ("Therm-X") moved to dismiss Plaintiff Raul Haro's Complaint. Mot. to Dismiss (dkt. 12). Haro has since filed a First Amended Complaint ("FAC," dkt. 14). The Court finds Therm-X's Motion suitable for disposition without oral argument and **vacates the hearing scheduled for August 28, 2015.** *See* Civ. L.R. 7-1(b).

"[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Accordingly, "[d]ismissal of the superseded original complaint would not alter the proceedings . . . as the parties would continue to litigate the merits of the claims contained in the now-operative First Amended Complaint." *See Liberi v. Defend Our Freedoms Founds., Inc.*, 509 F. App'x 595, 596 (9th Cir. 2013) (dismissing as moot appeal of denial of an anti-SLAPP motion regarding a superseded complaint). The Court therefore DENIES AS MOOT Therm-X's Motion.[1] If Therm-X wishes to challenge Haro's FAC, it may file a new motion.

**IT IS SO ORDERED.**

Dated: July 14, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).