1  RICHARD M. ROGERS, #045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone: 415/981-9788
   Facsimile: 415/981-9798
4  Email: RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   RAUL HARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL R. HARO,

    Plaintiff,

vs.

THERM-X OF CALIFORNIA, INC.,

    Defendant.

Case No. 15-cv-02123-JCS

STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii).

Dated: November 16, 2015

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
Richard M. Rogers
Attorneys for Plaintiff
RAUL HARO

Dated: November 16, 2015

FERBER LAW, A Professional Corporation

By:
Michelle R. Ferber
Jonathan R. Babione
Attorneys for Defendants
THERM-X OF CALIFORNIA, INC.

Dated: 12/29/15   IT IS SO ORDERED.
/s/ Joseph C. Spero
Chief Magistrate Judge